IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JENNIFER FONDREN                                                              PLAINTIFF

v.                                            CIVIL ACTION NO. 1:21-cv-00152-GHD-DAS

JENNIFER LOONEY; ET AL.                                        DEFENDANTS

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND

Presently before the Court is the Plaintiff's unopposed motion to remand this state law-based matter to the County Court of Lowndes County [4], asserting that the requisite diversity of citizenship is not present for federal jurisdiction. The Defendants have confessed the motion [8], stating that "the Plaintiff is correct in asserting that this matter should be remanded." Upon due consideration, the Court finds that the Plaintiff's unopposed motion should be granted and this matter remanded to the state court from which it was removed.

THEREFORE, it is hereby ORDERED that the Plaintiff's unopposed motion [4] to remand this matter to state court is GRANTED; this cause is hereby REMANDED to the County Court of Lowndes County, Mississippi; and this case is CLOSED.

SO ORDERED, this, the 5th day of January, 2022.

                                                             _____
                                                             SENIOR U.S. DISTRICT JUDGE